UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

PLANET SUB HOLDINGS, INC., et al.,

          Plaintiff(s),

vs.                                   Case No. 20-00577-CV-W-BCW

STATE AUTO PROPERTY &
CASUALTY COMPANY, INC.,
          Defendant(s).

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion for judgment on the pleadings, is hereby GRANTED. It is further

**ORDERED** that

This case is hereby dismissed with prejudice.

  May 19, 2021                        Paige Wymore-Wynn
Date                                       Clerk

Entered on   May 19, 2021          /s/ Christy Anderson
                                        (By) Deputy Clerk