Planet Sub Holdings, Inc., Individually and on behalf of all others similarly situated; Planet Sub Enterprises, Inc., Individually and on behalf of all others similarly situated; 1 Thirty-Nine, Inc., Individually and on behalf of all others similarly situated; 2 Thirty-Nine, Inc., Individually and on behalf of all others similarly situated

Plaintiffs - Appellants

v.

State Auto Property & Casualty Insurance Company, Inc.

Defendant - Appellee

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:20-cv-00577-BCW)

**JUDGMENT**

Before SMITH, Chief Judge, BENTON, and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 06, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans