# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2199

Planet Sub Holdings, Inc., Individually and on behalf of all others similarly situated, et al.

Appellants

v.

State Auto Property & Casualty Insurance Company, Inc.

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:20-cv-00577-BCW)

---

**MANDATE**

In accordance with the opinion and judgment of 06/06/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 27, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit